UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ANNIE M. HESTER,
_____

ANNIE M. HESTER,

    Petitioner,

v.                                                Case No. 19-mc-51576
                                                 Hon. Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

    Respondent.
                                             /

## ORDER DENYING APPLICATION PURSUANT TO
## COURT ORDER SEEKING LEAVE TO FILE
## and
## DISMISSING CASE

This matter is before the Court on Petitioner Annie M. Hester's Application Pursuant to Court Order Seeking Leave to File. On September 9, 2009, Judge Thomas L. Ludington entered an order enjoining Petitioner "from filing any further actions against the Commissioner of Social Security in this district unless she obtains the written permission of a judge in this district." *Hester v. Commissioner of Social Security,* No. 08-14575, ECF No. 15. In addition to the instant action, Petitioner has since filed several actions against the Commissioner of Social Security in this district under the following case numbers: 11-11781 (Cox, dismissed); 12-14352 (Ludington, denied); 12-51140 (Rosen, denied); 12-51438

(Borman, denied); 12-51523 (Cleland, denied); 13-50323 (Cleland, denied); 13-50444 (Drain, dismissed); 14-50315 (Cleland, denied); 14-50368 (Drain, denied); 14-50441 (Zatkoff, denied); 14-50552 (Tarnow, dismissed); 14-50870 (Roberts, denied); 14-50924 (Cox, dismissed); 14-51003 (Leitman, denied); 14-51095 (Hood, denied); 14-51245 (Lawson, denied); 14-51431 (Cox, dismissed); 14-51601 (Steeh, denied); 14-51739 (Cox, dismissed); 15-50444 (Drain, dismissed); 15-50599 (Goldsmith, denied); 15-50980 (Roberts, dismissed); 15-51045 (Tarnow, denied); 15-51149 (Hood, denied); 15-51463 (Cleland, denied); 16-51414 (Murphy, denied); 17-50705 (Borman, denied); 17-50836 (Goldsmith, denied); 17-51494 (Goldsmith, denied); 18-51397 (Murphy, denied); 18-51564 (Roberts, dismissed); 18-51788 (Murphy, denied); and, 19-50526[1] (Parker, dismissed).

Reviewing the Petition, the Court finds Petitioner is seeking to re-litigate her claims previously raised in this District and to reconsider previous orders entered by various judges in this District.

Accordingly,

IT IS ORDERED that Petitioner's Application to Court Order Seeking Leave to File in this District is **DENIED**.

---

[1] The Order in Case No. 19-50526 amended Judge Ludington's September 9, 2009 Order to add the requirement to seek permission from the Chief Judge of this District. This Court finds that this added requirement is unnecessary since other judges randomly assigned to any new matter by the Court's blind draw system have the necessary authority to review any such future filings.

IT IS FURTHER ORDERED that this miscellaneous case is **DISMISSED** with prejudice and deemed **CLOSED** on the Court's docket.

s/Denise Page Hood<br>
DENISE PAGE HOOD<br>
Chief United States District Judge

DATED: December 4, 2019